IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22cv1213 (LMB) |
| CBG BUILDING COMPANY, LLC, | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on September 12, 2023, and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of defendant CBG BUILDING COMPANY, LLC and against the plaintiff Berkley Assurance Company, in the amount of $5,803,067.87, which includes $290,002.35 in pre-judgment interest and $5,513,065.52 in total damages, with post-judgment interest to run at the federal court rate.

FERNANDO GALINDO, CLERK

By:_____/s/_____
Y. Guyton, Deputy Clerk

Dated: 09/12/2023
Alexandria, Virginia